# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Pamela Fleck and Robert Fleck,  Civil No. 17-cv-0660 (PJS/TNL)

Plaintiffs,

v.  **ORDER**

U.S. Bank National Association,

Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 14, 2017 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Complaint, (ECF No. 1), is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: August 7, 2017  s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota